IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES CLAY SANMANN,

    Plaintiff,

vs.                                                          CASE NO. 5:10cv168/RS-MD

GEORGE C. ZOLEY, et al,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 9). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is dismissed without prejudice.

3. All pending motions are denied as moot.

4. The clerk is directed to close the file.

**ORDERED** on October 15, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**